```
THAD A. DAVIS (SBN 220503)
thad.davis@ropesgray.com
ROCKY C. TSAI (SBN 221452)
rocky.tsai@ropesgray.com
ROPES & GRAY LLP
Three Embarcadero Center, Ste 300
San Francisco, California 94111-4006
Tel:   (415) 315-6300
Fax:   (415) 315-6350

HARVEY J. WOLKOFF
harvey.wolkoff@ropesgray.com
MARK P. SZPAK
mark.szpak@ropesgray.com
LARA A. ORAVEC
lara.oravec@ropesgray.com
ROPES & GRAY LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Tel:   (617) 951-7606
Fax:   (617) 235-0215

Attorneys for Defendants
SONY COMPUTER ENTERTAINMENT AMERICA LLC and
SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUSTIN NEWMAN, individually, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA LLC, and SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC,<br><br>Defendants. | Case No.   3:11-cv-02129-EMC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO MOVE, ANSWER, OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Judge: Magistrate Judge Edward M. Chen |

WHEREAS, defendants Sony Computer Entertainment America LLC ("SCEA") and Sony Network Entertainment International LLC ("SNEI"), as well as certain related entities

1  (collectively, the "Sony Defendants"), have been named as defendants in at least nineteen (19)
2  putative class action lawsuits within this District, to date (collectively, the "N.D. Cal. Sony
3  Litigations");
4     WHEREAS, certain of the Sony Defendants have also been named as defendants in at
5  least fourteen (14) putative class action lawsuits pending outside this District, to date, including at
6  least five (5) suits in the Central District of California, one (1) suit in the Southern District of
7  California, one (1) suit in the Southern District of New York, one (1) suit in the Eastern District
8  of New York, one (1) suit in the District of Massachusetts, one (1) suit in the Eastern District of
9  Michigan, two (2) suits in the Southern District of Texas, one (1) suit in the District of
10 Connecticut, and one (1) suit in the Southern District of Florida (collectively, with the N.D. Cal.
11 Sony Litigations, the "U.S. Sony Litigations");
12    WHEREAS, a motion is currently pending before the Judicial Panel on Multidistrict
13 Litigation (the "JPML") to centralize this and other matters, to which one response has been filed
14 to date, and as to which other responses, including Sony Defendants' response, are due by June 2,
15 2011.
16    WHEREAS, the current deadline for defendant SCEA to respond to the Complaint is
17 May 20, 2011;
18    WHEREAS, the parties have agreed to the extension of time herein for the defendants in
19 the above-captioned action to move, answer, or respond to the Complaint, in order to facilitate the
20 scheduling of this matter in coordination with the schedule for the motion before the JPML;
21    NOW, THEREFORE, pursuant to Civil Local Rules 6-1(a), 7-1(a), and 7-12, all parties,
22 by and through their respective counsel, hereby stipulate as follows:
23    The deadline for the defendants to respond to the Complaint in the above-captioned action
24 is extended until and including 30 days after a consolidated complaint is filed in a multidistrict
25 litigation centralizing the above-captioned action with other matters, or if centralization is denied
26 by the JPML, then 30 days from the date of such order denying centralization.
27
28

1   Either party may seek ex parte relief from this stipulated Order for good cause shown,
2   including, but not limited to, Defendants' filing of a responsive pleading in a related case.

Dated: May 17, 2011

WILLIAM M. AUDET
KEVIN L. THOMASON
JOSHUA C. EZRIN
JONAS P. MANN

By:   /s/ Jonas P. Mann /s/ [as authorized]
     Jonas P. Mann

Attorneys for Plaintiff
JUSTIN NEWMAN

Dated: May 17, 2011

HARVEY WOLKOFF
THAD A. DAVIS
ROCKY C. TSAI
ROPES & GRAY LLP

By:   /s/ Rocky C. Tsai /s/
     Rocky C. Tsai

Attorneys for Defendants
SONY COMPUTER ENTERTAINMENT AMERICA LLC
and
SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 19, 2011

By: _____
U.S. District Court Magistrate Judge
District

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT
CASE NO. 3:11-cv-02129-EMC

-2-